JENNIFER D. BENNETT (SBN 235196)
Jennifer.Bennett@snrdenton.com
SNR DENTON US, LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Of Counsel
CHRISTIAN E. SAMAY
christian.samay@snrdenton.com
SNR DENTON US, LLP
101 John F. Kennedy Pkwy
Short Hills, New Jersey 07078
Telephone: (973) 912-7180
Facsimile: (973) 912-7100

MARK L. HOGGE
mark.hogge@snrdenton.com
SHAILENDRA K. MAHESHWARI
shailendra.maheshwari@snrdenton.com
SNR DENTON US LLP
1301 K Street, NW, Suite 600
Washington, DC 20004
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

Attorneys for Plaintiff
Speculative Product Design, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JWIN ELECTRONICS CORP., d/b/a ILUV<br><br>Defendant. | No. 3:12-cv-04995-EDL<br><br>PROOF OF SERVICE |

PROOF OF SERVICE                                            Case No. 3:12-cv-04995-EDL

| Attorney or Party without Attorney: JENNIFER BENNETT, SBN 235196 SNR DENTON US LLP 525 MARKET STREET 26TH FLOOR SAN FRANCISCO, CA 94105 Telephone No: 415-882-5000 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | | | | |
| Plaintiff: SPECULATIVE PRODUCT DESIGN LLC | | | | |
| Defendant: JWIN ELECTRONICS CORP., dba ILUV | | | | |
| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: CV12-04995 BDL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint For Patent Infringement And Jury Demand; Notice Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Magistrate Judge Donna M. Ryu; Notice Of Settlement Conference And Settlement Conference Order; Notice Re Telephonic Appearance Procedures For Magistrate Judge Donna M. Ryu Effective April 11, 2012.; Standing Order For All Judges Of The Northern District Of California, Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California; Welcome To Oakland Divisional Office Of The United States District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge (Blank); Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Blank).

3. a. Party served: JWIN ELECTRONICS CORP dba ILUV

4. Address where the party was served: 2 HARBOR PARK DR PORT WASHINGTON, NY 11050

5. I served the party:
   b. by substituted service. On: Tue., Nov. 13, 2012 at: 9:17AM by leaving the copies with or in the presence of:
   HYUN KIM, GENERAL COUNSEL
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: JWIN ELECTRONICS CORP dba ILUV
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. DOMINIC DELLA PORTE #1320496

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone: (213) 250-9111
Fax (213) 250-1197
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Tue, Nov. 13, 2012

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

(DOMINIC DELLA PORTE #1320496)
6856128 .snrde-sf.190838