JENNIFER D. BENNETT (SBN 235196)
jennifer.bennett@snrdenton.com
SNR DENTON US, LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Of Counsel
CHRISTIAN E. SAMAY
christian.samay@snrdenton.com
SNR DENTON US, LLP
101 John F. Kennedy Pkwy
Short Hills, New Jersey 07078
Telephone: (973) 912-7180
Facsimile: (973) 912-7100

MARK L. HOGGE
mark.hogge@snrdenton.com
SHAILENDRA K. MAHESHWARI
shailendra.maheshwari@snrdenton.com
SNR DENTON US LLP
1301 K Street, NW, Suite 600
Washington, DC 20004
Telephone: (202) 408-6400
Facsimile: (202) 408-6399

Attorneys for Plaintiff
Speculative Product Design, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JWIN ELECTRONICS CORP., d/b/a ILUV<br><br>Defendant. | No. 4:12-cv-04995-PJH<br><br>**PLAINTIFF SPECULATIVE PRODUCT DESIGN, LLC'S REQUEST FOR AN ENTRY OF DEFAULT AGAINST DEFENDANT JWIN ELECTRONICS CORP.** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Speculative Product Design, LLC ("Speck") hereby requests that the Clerk of this Court enter default in this matter, pursuant to Federal Rule of Civil Procedure 55(a), against defendant JWIN Electronics Corp. ("Defendant") for its failure to appear, plead or otherwise respond to Speck's complaint within the time prescribed by the Federal Rule of Civil Procedure 12(a)(1)(A).

Speck effected service of the summons and complaint on Defendant on November 13, 2012, in compliance with the federal and state rules of procedure, as evidenced by the Proof of Service filed with this Court on December 10, 2012 and attached as Exhibit A to the Declaration of Jennifer D. Bennett. The above-stated facts are set forth in the accompanying Declaration of Jennifer D. Bennett, filed herewith.

Dated: December 13, 2012

Respectfully submitted,
SNR DENTON US LLP

By: */s/ Jennifer D. Bennett*

Jennifer D. Bennett
Mark L. Hogge
Christian E. Samay

**Attorneys for Speculative Product Design, LLC**

# CERTIFICATE OF SERVICE

I, Jocasta Wong, hereby declare:

I am employed in the City and County of Palo Alto, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is SNR Denton US LLP, 1530 Page Mill Road, Suite 200, Palo Alto, California 94304.

On December 13, 2012, the following documents, described as:

**PLAINTIFF SPECULATIVE PRODUCT DESIGN, LLC'S REQUEST FOR AN ENTRY OF DEFAULT AGAINST DEFENDANT JWIN ELECTRONICS CORP.**

to be served via CM/ECF by the Clerk of the Court, upon all counsel of record registered to receive electronic filing, as indicated on the Court's website, or by United States Mail, upon those parties not registered for electronic filing.

I declare under penalty of perjury that the above is true and correct. Executed on December 13, 2012 in Palo Alto, California.

                                                             /s/ *Jocasta Wong*
                                                                  Jocasta Wong

80020853\V-1