# Exhibit A

1   JENNIFER D. BENNETT (SBN 235196)
    Jennifer.Bennett@snrdenton.com
2   SNR DENTON US, LLP
    1530 Page Mill Road, Suite 200
3   Palo Alto, CA 94304-1125
    Telephone: (650) 798-0300
4   Facsimile: (650) 798-0310

5   Of Counsel
    CHRISTIAN E. SAMAY
6   christian.samay@snrdenton.com
    SNR DENTON US, LLP
7   101 John F. Kennedy Pkwy
    Short Hills, New Jersey  07078
8   Telephone: (973) 912-7180
    Facsimile: (973) 912-7100
9
    MARK L. HOGGE
10  mark.hogge@snrdenton.com
    SHAILENDRA K. MAHESHWARI
11  shailendra.maheshwari@snrdenton.com
    SNR DENTON US LLP
12  1301 K Street, NW, Suite 600
    Washington, DC 20004
13  Telephone: (202) 408-6400
    Facsimile: (202) 408-6399
14
15  Attorneys for Plaintiff
    Speculative Product Design, LLC
16

17              IN THE UNITED STATES DISTRICT COURT

18             FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20  SPECULATIVE PRODUCT DESIGN,
    LLC, a Delaware limited liability company,      No. 3:12-cv-04995-EDL
21
                        Plaintiff,                  PROOF OF SERVICE
22
23      vs.

24  JWIN ELECTRONICS CORP., d/b/a ILUV

25                      Defendant.

26

27

28

PROOF OF SERVICE                                    Case No. 3:12-cv-04995-EDL

| Attorney or Party without Attorney:<br>JENNIFER BENNETT, SBN 235196<br>SNR DENTON US LLP<br>525 MARKET STREET<br>26TH FLOOR<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-882-5000 | | | For Court Use Only |
|---|---|---|---|
| | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | |
| Plaintiff: SPECULATIVE PRODUCT DESIGN LLC | | | |
| Defendant: JWIN ELECTRONICS CORP., dba ILUV | | | |

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV.12-04995 EDL |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint For Patent Infringement And Jury Demand; Notice Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Magistrate Judge Donna M. Ryu; Notice Of Settlement Conference And Settlement Conference Order; Notice Re Telephonic Appearance Procedures For Magistrate Judge Donna M. Ryu Effective April 11, 2012; Standing Order For All Judges Of The Northern District Of California; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California; Welcome To Oakland Divisional Office Of The United States District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge (Blank); Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Blank),

3. *a. Party served:*                                    JWIN ELECTRONICS CORP dba ILUV

4. *Address where the party was served:*          2 HARBOR PARK DR
                                                    PORT WASHINGTON, NY 11050

5. *I served the party:*
   b. by substituted service. On: Tue., Nov. 13, 2012 at: 9:17AM by leaving the copies with or in the presence of:
                                                    HYUN KIM, GENERAL COUNSEL
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: JWIN ELECTRONICS CORP dba ILUV
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOMINIC DELLA PORTE #1320496.
                                                    d.   The Fee for Service was:

   1511 West Beverly Blvd.                           e.   I am: Not a Registered California Process Server
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date: Tue, Nov. 13, 2012*

Judicial Council Form POS-010                    PROOF OF SERVICE                    (DOMINIC DELLA PORTE #1320496)
Rule 2.150.(a)&(b) Rev January 1, 2007               SUMMONS                                         6656124   .inilc-sf.490838