**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

December 14, 2012

RE:  <u>CV 12-04995 PJH          SPECULATIVE PRODUCT DESIGN, LLC-v- JWIN
ELECTRONICS CORP.</u>


Default is entered as to JWIN Electronics Corp. Dba ILUV on December 14, 2012.



                    RICHARD W. WIEKING, Clerk

                    by<u>Valerie Kyono</u>
                    Case Systems Administrator

NDC TR-4  Rev. 3/89